**NATIONAL BUSINESS FORMS, INC.,**
Petitioner,

v.

**NATIONAL LABOR RELATIONS
BOARD,** Respondent,

and

**International Printing Pressmen and Assistants Union of North America,
AFL–CIO,** Intervenor,

and

**Southeastern Printing Specialties and Paper Products District Council S–7, Affiliated With the International Printing Pressmen & Assistants Union of North America, AFL–CIO,** Intervenor.

No. 19659.

United States Court of Appeals,
Sixth Circuit.

March 24, 1970.

William M. Pate, Atlanta, Ga., Mitchell, Pate & Anderson, Atlanta, Ga., on the brief, for petitioner.

Nancy M. Sherman, N. L. R. B., Washington, D. C., Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Corinna Lothar Metcalf, Atty., N. L. R. B., Washington, D. C., on the brief, for respondent.

William A. McHugh, Jr., Atlanta, Ga., Adair, Goldthwaite, Stanford & Daniel, Atlanta, Ga., on the brief, for intervenor.

Before CELEBREZZE and BROOKS, Circuit Judges, and McALLISTER, Senior Circuit Judge.

### ORDER

PER CURIAM.

The above cause coming on to be heard upon the record, the briefs of the parties, and the argument of counsel in open court, and the Court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the petition for review of the decision and order of the National Labor Relations Board, 176 NLRB No. 122, is hereby denied, except as to the provisions therein contained concerning back pay and, in this regard, the case is remanded to the National Labor Relations Board for further consideration in order to determine the applicability of Southwestern Pipe, Inc. 179 NLRB No. 52 (1969), decided by the Board subsequent to its decision and order in the present proceedings. See also N. L. R. B. v. Robert S. Abbott Publishing Company, 331 F.2d 209 (1964) (C.A.7).

**UNITED STATES of America,**
Appellee,

v.

**William G. HOWARD,** Appellant.

No. 23559.

United States Court of Appeals,
Ninth Circuit.

Feb. 6, 1970.

Frederick L. Hetter, II (argued), San Diego, Cal., for appellant.

Joseph A. Milchen, Asst. U. S. Atty., Edwin L. Miller, U. S. Atty., San Diego, Cal., for appellee.

Before CHAMBERS and CARTER, Circuit Judges, and BYRNE,* District Judge.

PER CURIAM:

The court finds as to defendant-appellant William G. Howard insufficient evidence to sustain the conviction.

As to him, the judgment is reversed.

---

\* The Honorable William M. Byrne, United States District Judge for the Central District of California, sitting by designation.